```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 49357
   JOEY D JENKINS
   DENISE JENKINS                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6251     SSN XXX-XX-4984


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE   SECURED          3481.00         244.49        3481.00
CAPITAL ONE AUTO FINANCE   SECURED NOT I        .00            .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00            .00            .00
PIERCE & ASSOCIATES        NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         6596.26           .00         4012.72
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00            .00
MCI                        UNSECURED      NOT FILED           .00            .00
PROVIDIAN  MASTERCARD      UNSECURED      NOT FILED           .00            .00
PROVIDIAN                  UNSECURED      NOT FILED           .00            .00
PROVIDIAN                  UNSECURED      NOT FILED           .00            .00
WARDS                      UNSECURED      NOT FILED           .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE    1310.33           .00         1310.33
INTERNAL REVENUE SERVICE   UNSECURED        2330.65           .00            .00
AMERICREDIT FINANCIAL SE   UNSECURED        2913.44           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         213.66           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         157.22           .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        7776.90           .00            .00
LEGAL HELPERS PC           ATTORNEY         1306.00           .00         1306.00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                        645.46
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               11,000.00

PRIORITY                                    4,012.72
SECURED                                     4,791.33
   INTEREST                                   244.49

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 49357 JOEY D JENKINS & DENISE JENKINS
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,306.00
TRUSTEE COMPENSATION                                            645.46
DEBTOR REFUND                                                      .00
                                        ---------------   ---------------
TOTALS                                       11,000.00         11,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/27/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```